NOT DESIGNATED FOR PUBLICATION

No. 112,764

IN THE SUPREME COURT OF THE STATE OF KANSAS

EMILY GREER, a Minor Child,
By and Through Her Next Friend, JOHN FARBO,
*Appellants*,

v.

DANA GREER and JACK GREER,
*Appellees.*

MEMORANDUM OPINION

Appeal from Franklin District Court; ERIC W. GODDERZ, judge. Opinion filed December 23, 2016. Petition for review improvidently granted.

*John A. Boyd*, of Finch, Covington & Boyd, Chtd., of Ottawa, was on the brief for appellants.

No appearance by appellees.

*Per Curiam*:  This court granted the petition for review in this matter to resolve important questions of constitutional law concerning familial relations raised as questions of first impression in Kansas. Today, we determine that the petition for review was improvidently granted because the full record now before us is inadequate on its face to fully and fairly resolve these matters of significant statewide concern and importance. This decision is identical in effect to a denial of the petition for review in the first instance, and a "'denial of a petition for review imports no opinion on the merits of the case.'" *State v. Eisenhour*, 305 Kan. 409, ___ P.3d ___, 2016 WL 6311877, at *2 (No. 111,478, filed October 28, 2016) (quoting Supreme Court Rule 8.03[g] [2015 Kan. Ct. R. Annot. 81]).

Petition for review improvidently granted.